ACCEPTED
04-15-00420-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/9/2015 3:50:07 PM
KEITH HOTTLE
CLERK

## IN THE COURT OF APPEALS
## FOURTH COURT OF APPEALS DISTRICT OF TEXAS

**JOSE LUIS GARZA-RAMIREZ**

**VS.**

NO. 04-15-00420-CR

**STATE OF TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/9/2015 3:50:07 PM
KEITH HOTTLE
Clerk

### SECOND MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the Appellant, JOSE LUIS GARZA-RAMIREZ, and respectfully moves the Court to extend the time for filing the Brief for Appellant for 30 days, until December 9, 2015, and in support of said motion would show the Court as follows:

I.

This is an appeal from a conviction for assault and a one-year probated sentence of. Appellant was sentenced in Cause No. 478490, styled *State of Texas v. Jose Luis Garza-Ramirez*, on June 30, 2015, in County Court-at-Law No. 13 of Bexar County, Texas, Hon. Crystal Chandler, presiding.

II.

No motion for new trial was filed. Appellant's notice of appeal was timely filed on July 2, 2015.

## III.

The clerk's record was filed electronically with the Court of Appeals on July 23, 2015. The reporter's record (1 volume by Rhonda L. Hogan and 3 volumes by Kandy K. Halley) was filed on September 3 and September 8, 2015, respectively.

Appellant's brief is due on November 9, 2015. This motion is timely, pursuant to Rule 38.6(d), T.R.A.P. One prior request for extension have been granted.

## IV.

Appellant requests a 30-day extension to file his brief, until December 9, 2015. During the previous month, the undersigned counsel has his briefs in the following cases: (1) No. 04-15-00278-CR, *Sidney Denbina v. State of Texas*, filed October 9, 2015; (2) No. 04-15-00382-CR, *Richard Salas v. State of Texas*, filed October 21, 2015; and (3) No. 04-15-00289-CR, *Rodney Joe Garrett v. State of Texas*, filed November 9, 2015. In addition, counsel filed his response to the Court's order proposing to dismiss for no right of appeal in No. 04-15-00592-CR, *David Devan Trevino v. State of Texas*, filed November 2, 2015.

## V.

**Extenuating Circumstances.** The undersigned attorney has been the sole appellate attorney in the Bexar County Public Defender's Office since September 24, 2015, when the employment of other appellate counsel in this office ended and he assumed representation in all but two of the other attorney's cases. This effectively more than doubled the undersigned counsel's caseload, a situation which will continue until a replacement counsel his hired. The last two briefs which the undersigned counsel filed were from the other attorney's caseload, and the Rodney Joe Garrett reporter's record consists of 12 volumes, necessitation a lengthy preparation time. He Garrett brief was filed on the same day as this motion.

WHEREFORE, the Appellant requests this Court to extend the time for filing the brief for Appellant until December 9, 2015.

Respectfully submitted,

/s/ *Michael D. Robbins*
MICHAEL D. ROBBINS
Assistant Public Defender
Paul Elizondo Tower
101 W. Nueva St., Suite 370
San Antonio, Texas 78205
(210) 335-0701
FAX (210) 335-0707
mrobbins@bexar.org
Bar No. 16984600
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing second motion to extend time to file brief has been emailed to the Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205; on November 9, 2015.

/s/ *Michael D. Robbins*
MICHAEL D. ROBBINS
Assistant Public Defender